# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130978

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

EDWARD WILLIAM TAYLOR,
        Defendant-Appellant.

SC: 130978
COA: 269190
Muskegon CC: 97-141253-FH

_____/

        On order of the Court, the application for leave to appeal the March 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

s1023